UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EVELYN PRIETO,

      Plaintiff,

v.                                    Case No:  2:13-cv-489-FtM-38CM

COLLIER COUNTY, a political
subdivision of the State of Florida,
COLLIER COUNTY BOARD OF
COUNTY COMMISSIONERS and
IAN MITCHELL,

      Defendants.

_____/

## ORDER[1]

This matter comes before the Court on review of the file.  On October 25, 2013, the Court issued a Case Management and Scheduling Order (Doc. #29), setting September 12, 2014, as the deadline for the parties to file a single set of jointly proposed jury instructions and verdict form and *voir dire* questions.  To date, the parties have neither filed joint proposed jury instructions, a verdict form, nor *voir dire* questions.

At the final pretrial conference held before the undersigned on October 2, 2014, the Court alerted the parties to the missed deadline.  The parties responded that they would promptly rectify the matter.

Accordingly, it is now

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

**ORDERED:**

Plaintiff Evelyn Prieto and Defendants Collier County and Collier County Board of County Commissioners shall file a single set of jointly proposed jury instructions and verdict form and *voir dire* questions in accordance with the Case Management and Scheduling Order (Doc. #29) by **October 7, 2014**.  In addition to filing said documents electronically in CM/ECF, the parties shall email the documents in Microsoft Word® format to the Chambers inbox at chambers_flmd_chappell@flmd.uscourts.gov.  Include the case number and case name in the email subject line.

**DONE** and **ORDERED** in Fort Myers, Florida this 2nd day of October, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

2