UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EVELYN PRIETO,

        Plaintiff,

v.                                         Case No: 2:13-cv-489-FtM-38CM

COLLIER COUNTY, a political
subdivision of the State of Florida,
COLLIER COUNTY BOARD OF
COUNTY COMMISSIONERS and
IAN MITCHELL,

        Defendants.
_____/

### **ORDER**[1]

This matter comes before the Court on Plaintiff Evelyn Prieto and Defendants Collier County and Collier County Board of County Commissioners' request for a settlement conference with a United States Magistrate Judge. The Court held a final pretrial conference on October 2, 2014, during which time the parties expressed that a settlement conference with the Magistrate Judge would be beneficial in resolving this case. Upon consideration, the Court grants the parties' request.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(1) Plaintiff Evelyn Prieto and Defendants Collier County and Collier County Board of County Commissioners' joint request for a settlement conference with a United States Magistrate Judge is **GRANTED**.

(2) This case is **REFERRED** to The Honorable Douglas N. Frazier to conduct a settlement conference and issue any order deemed appropriate thereafter.

(3) The parties are **DIRECTED** to contact Judge Frazier's Courtroom Deputy, Bette-Jo Herren at (239) 461-2007 to arrange for a mutually agreeable time to participate in the settlement conference prior to the November trial term.

**DONE** and **ORDERED** in Fort Myers, Florida this 2nd day of October, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
Hon. Douglas N. Frazier
All Parties of Record